IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES SAMPLE,

       *Plaintiff,*

v.

CITY OF PHILADELPHIA, et al.,

       *Defendants.*

CIVIL ACTION
NO. 19-51

## ORDER

**AND NOW**, this 7th day of August, 2024, upon consideration of Plaintiff's Amended Complaint (ECF No. 23), Defendants' Motions to Dismiss (ECF Nos. 24, 27), Plaintiff's Responses (ECF No. 28, 29) and Defendants' Replies (ECF Nos. 30, 32), it is hereby **ORDERED** as follows:

1. ECF No. 24 is **GRANTED**. All claims against Joseph McCloskey are **DISMISSED** with prejudice.

2. ECF No. 27 is **GRANTED** in part and **DENIED** in part. Sample's federal claims for false arrest, false imprisonment and conspiracy, to the extent it is based on false arrest and false imprisonment, are **DISMISSED** with prejudice. Sample's state law false arrest, false imprisonment and conversion claims are **DISMISSED** with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.