IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES SAMPLE, *Plaintiff,* v. CITY OF PHILADELPHIA, et al., *Defendants.* | CIVIL ACTION NO. 19-51 |

## ORDER

**AND NOW**, this 5th day of August, 2025, upon consideration of the Officer Defendants' Second Motion for Sanctions, (ECF No. 57), the City Defendants' Motion to Join the Officer Defendants' Motion, (ECF No. 63), and Plaintiff Charles Sample's Response to the Motions, (ECF No. 65), it is hereby **ORDERED** as follows:

1. The City Defendants' Motion is **DENIED**;

2. The Officer Defendants' Motion is **GRANTED** as to the Officer Defendants and all claims against Thomas Liciardello, Brian Reynolds, Perry Betts, Michael Spicer, John Speiser and Linwood Norman are **DISMISSED with prejudice**;

3. Sample shall provide verified Answers and Responses to the discovery requests served by the City Defendants on May 22, 2025 **on or before August 19, 2025**;

4. The scheduling order (ECF No. 49) remains **STAYED**. Should Sample respond to the City Defendants' discovery requests, the parties are **ORDERED** to promptly notify the Court so a new scheduling order can be entered.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.